# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ABDULMANOF JASIM          :          CHAPTER 7
                                   :
         Debtor                    :          NO. 21-10141 (PMM)

## ORDER

AND NOW, this 4th day of February, 2021, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtors be granted an extension to **February 17, 2021** in which to file the Debtor's Schedules, Statement of Financial Affairs, Form 122A, and two months' income information.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge