Certificate Number: 03621-PAE-DE-035468476

Bankruptcy Case Number: 21-10141



03621-PAE-DE-035468476

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 17, 2021</u>, at <u>5:11</u> o'clock <u>AM EDT</u>, <u>Abdulmanaf Jasim</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 17, 2021</u>     By:  <u>/s/Wafaa Elmaaroufi</u>

Name:  <u>Wafaa Elmaaroufi</u>

Title:  <u>Credit Counselor</u>